DEVINE *v.* WAYNE CIRCUIT JUDGE.

MANDAMUS—ORDER APPOINTING RECEIVER.
     Case ruled by *Mardian* v. *Wayne Circuit Judge, ante,* 353.

*Mandamus* by Edward D. Devine to compel Sherman B. Daboll, acting circuit judge of Wayne county, to vacate an order appointing a receiver. Submitted June 7, 1898. Writ denied October 3, 1898.

*Jasper C. Gates,* for relator.

*Walters & Walters,* for respondent.

PER CURIAM. This case is ruled by the decision in the case of *Mardian* v. *Wayne Circuit Judge, ante,* 353.